UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DAMION PALMER,

                   Plaintiff,

    -against-

DO & CO NEW YORK CATERING, INC.,

                   Defendant,
-----------------------------------------------------------X

**CASE MANAGEMENT PLAN**

Docket Number: 17-CV-4142(RJD)(RER)

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __N/A__.

2. No additional parties may be joined after __11/17/17__.

3. No amendment of the pleadings will be permitted after __11/17/17__.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: __11/1/17__.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:

    (a) expert witnesses on or before __90 days prior to the date of trial__.

    (b) rebuttal expert witnesses on or before __30 days thereafter__.

6. All discovery, including depositions of experts, shall be completed on or before __4/18/18__ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? **(Answer no if any party declines to consent without indicating which party has declined.)**

    ☐ Yes    ☑ No

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for _____, to be initiated by

   ☒ Plaintiff   or   ☐ Defendant   (Check One).

   \* (**The Court will schedule the conference listed above**.)

10. Status Conference will be held on _____.
    \* (**The Court will schedule the conference listed above**)

11. A Final Pre-trial Conference will be held on _____.
    \*(**The Court will schedule the conference listed above.**)

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**

_____

                                              _____
                                              **RAMON E. REYES, JR.**
                                              **UNITED STATES MAGISTRATE JUDGE**

CONSENTED TO:                   Keith E. Williams, Esq.
                                _____
                                NAME
                                Attorney for Plaintiff Damion Palmer

                                ADDRESS 4242 Merrick Road, Massapequa, NY

                                E-mail: keith@nhglaw.com

                                Tel.:   516.228.5100

                                Fax:    516.228.5106

                                Jeffrey P. Englander, Esq.
                                _____
                                NAME
                                Attorney for Defendant DO & CO New York Catering, Jr

                                ADDRESS 909 3rd Ave., NY, NY

                                E-mail: jenglander@morrisoncohen.com

                                Tel.:   212.735.8720

                                Fax:    917.522.3121